IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

# MEMORANDUM ENDORSED

| | | |
|---|---|---|
| Jose Santiago-Ortiz,<br>Movant, | : | Civil No. 1:21-cv-09209-LAK<br>Crim. No. 1:17-cr-00149 |
| | : | |
| | | (Hon: Lewis A. Kaplan) |
| V. | : | |
| | : | |
| The United States of America,<br>Respondent. | : | |
| | : | |

<u>MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION UNDER 28 U.S.C . SECTION 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE</u>:

Now comes Movant, Jose Santiago-Ortiz, ("Movant"), acting pro se, and moves this Honorable court for a Sixty (60) day enlargement of time, up to and including until September 5, 2022, within which to file his memorandum of law in support of his previously filed section 2255 motion.

In support of this Motion, Movant states as follows:

1. Movant is currently incarcerated at the United States Penitentiary Canaan, P.O.Box 300 WayMart, Pa 18472.

2. Since March 2020. , USP Canaan, has been on either total or modified lockdown status as a result of the Covid-19 novel Corona

Virus. The prison has been functioning under the Covid-19 protocols. Now, as of late June, the prison has gone from yellow to green and back and forth. Therefore, limiting normal operations and the ability to access the law library.

3. I have asked for a written memoradum from my case manager in good faith to show this court that my intentions are not to prejudice the court in anyform.

　　WHEREFORE, I ask this court to grant me the extension of time that I so direly need to complete my 2255 and send to this court in a timely matter.

Dated: July 5, 2022

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　Jose Santiago-Ortiz
　　　　　　　　　　　　　　　　　　　#
　　　　　　　　　　　　　　　　　　　USP Canaan
　　　　　　　　　　　　　　　　　　　P.O.Box 300
　　　　　　　　　　　　　　　　　　　WayMart, Pa
　　　　　　　　　　　　　　　　　　　　　　　　18472

**Granted to the extent that time to file the memorandum is extended to and including August 5, 2022.**

**SO ORDERED.**

**/s/ Lewis A. Kaplan (mab)**
**Lewis A. Kaplan, U.S. District Judge**

**Dated: July 12, 2022**

2.

