UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSE SANTIAGO-ORTIZ,

                Movant,

-against-

                      21-cv-9209 (LAK)
                    [17-cr-0149 (LAK)]

UNITED STATES OF AMERICA,

                Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The government is directed to respond to movant's memorandum dated August 4 and postmarked August 11, both with respect to timeliness and with respect to the merits, on or before September 15, 2022.

        SO ORDERED.

Dated:     August 17, 2022

/s/ jtc

                                          Lewis A. Kaplan
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/22