

U.S. Department of Justice

*United States Attorney*

> Application granted. The time for the Government to file its sentencing submission is extended to June 9, 2023.
>
> Defendant has twice failed to comply with Court-ordered deadlines to file a sentencing submission in this matter. The Court *sua sponte* extends the time for defendant to file a sentencing submission to **June 2, 2023**.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> May 31, 2023

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Brinae Thornton*, S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

    The Government writes respectfully to ask for a brief adjournment for filing of its sentencing submission in this matter. On May 19, 2023, the Court granted defendant's request for a brief adjournment for the filing of sentencing submissions. The schedule ordered by the Court required submission of defense materials on May 23 and the Government's materials on May 30. Sentencing was then adjourned to July 12, 2023.

    The defense has yet to file in any materials. To allow for defense filings, and in light of the fact that sentencing has now been reschedule to July 12, the Government respectfully requests that the due date for Government sentencing materials be briefly adjourned to June 9, 2023.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:    /s/_____
    Shiva H. Logarajah
    David R. Felton
    Courtney Heavey
    Assistant United States Attorneys
    Tel: 212-637-2272 / -2299 / -2413

cc:    James Kousouros, Esq. (via ECF)